UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA KAY MEADOWS CHOATE, | Civil No. 1:14-cv-03102-LRS |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) to:

1) Reevaluate the medical opinions of record, including those of William Spence, M.D., Guillermo Rubio, M.D., and Alfred Scottolini, M.D.;

Page 1         ORDER - [1:14-cv-03102-LRS]

2) Reassess claimant's residual functional capacity during the period at issue, including whether the claimant has any reaching, postural, or environmental limitations;

3) Continue with the remaining steps of the sequential evaluation, and

4) Obtain supplemental vocational expert evidence at step 4, and, if warranted, at step 5 of the sequential evaluation process.

Plaintiff will have the opportunity to demonstrate to the ALJ that the facts of the case warrant another hearing, and the ALJ may determine it is necessary to offer her another hearing if the ALJ finds the facts of the case warrant it.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for attorney's fees and costs under 28 U.S.C. §§ 1920 and 2412(d).

DATED this 13th day of April, 2015.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:

s/ Brett E. Eckelberg
BRETT E. ECKELBERG
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA  98104-7075
Telephone:  (206) 615-3748
Fax:  (206) 615-2531
brett.eckelberg@ssa.gov